# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 03, 2023

Ms. Charlene Cantrell Koonce
Brown Fox, P.L.L.C.
8111 Preston Road
Suite 300
Dallas, TX 75225

No. 22-11226 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Ms. Koonce,

We received your appearance form. The party listed on the appearance form is not a party in this appeal, we are taking no action on this document.

Sincerely,

LYLE W. CAYCE, Clerk

By: Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
- Mr. Keefe Michael Bernstein
- Mr. Michael Christopher Dingman
- Mr. Michael J. Edney
- Mr. Ezekiel Levenson Hill
- Mr. Edwin A. Huffman
- Mr. Richard Bratton Roper III