# United States Court of Appeals for the Fifth Circuit

No. 22-11226

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

ORDER:

IT IS ORDERED that the opposed motion filed by Cortney C. Thomas for leave to be named as an Appellee is DENIED.

IT IS FURTHER ORDERED that the opposed motion filed by Cortney C. Thomas for leave to be named as a Party in Interest is DENIED.

IT IS FURTHER ORDERED that the opposed motion filed by Cortney C. Thomas for leave to be named as an Intervenor is DENIED.

IT IS FURTHER ORDERED that the alternative request filed by Cortney C. Thomas for permission to file a motion to dismiss as an amicus curiae brief is GRANTED.

/s/ Kurt D. Engelhardt
KURT D. ENGELHARDT
*United States Circuit Judge*