# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 06, 2023

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

No. 22-11226 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Edney,

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

The table of contents, with citation to the record beginning with the lower court docket sheet is required, see 5TH CIR. R. 30.1.7(a). **For example: Docket Sheet ROA.1-20**

Record References: The citations to the record do not follow the format required. Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. See FED. R. APP. P. 28(a)(8)(A) and 5TH CIR. R. 28.2.2. See for examples of record on appeal citations.

**Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts"**, via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore,

you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Ezekiel Levenson Hill
Mr. Edwin A. Huffman
Ms. Charlene Cantrell Koonce
Mr. Richard Bratton Roper III