# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 11, 2023

Mr. Keefe Michael Bernstein
U.S. Securities & Exchange Commission
Trial Unit
801 Cherry Street
Suite 1900
Fort Worth, TX 76102

Mr. Ezekiel Levenson Hill
U.S. Securities & Exchange Commission
Office of General Counsel
100 F Street, N.E.
Washington, DC 20549

No. 22-11226 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Counsel:

This letter will serve advise you that the court has requested a response to the Motion to file amicus brief be filed in this office, on or before April 13, 2023, by 12:00 P.M.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc: Mr. Michael Christopher Dingman
Mr. Michael J. Edney
Mr. Edwin A. Huffman
Ms. Charlene Cantrell Koonce
Mr. Richard Bratton Roper III