No. 22-11226

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

SECURITIES AND EXCHANGE COMMISSION,
*Plaintiff-Appellee*,

v.

TIMOTHY BARTON,
*Defendant-Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
No. 3:22-cv-02118-X

# RESPONSE OF APPELLEE SECURITIES AND EXCHANGE COMMISSION TO RECEIVER'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

DOMINICK V. FREDA
*Assistant General Counsel*

EZEKIEL L. HILL
*Appellate Counsel*

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202.551.7724 (Hill)
hillez@sec.gov

On April 5, 2023, Cortney C. Thomas, the district court-appointed receiver ("Receiver"), filed a motion for leave to file an amicus curiae brief responding to appellant Timothy Barton's brief. On April 11, 2023, the Court requested that appellee Securities and Exchange Commission respond to the Receiver's motion. In the Commission's view, the Receiver's motion should be granted.

Barton appeals from a district court order that granted the Receiver's motion for approval to sell certain real property. ROA.2740, 2781. Because it was the Receiver (and only the Receiver) that sought the appealed-from order (*see* ROA.2373), the Court's consideration of the appeal may benefit from the Receiver's proposed amicus brief.[1] Moreover, as the Receiver's motion states, "the Receiver possesses the most-up-to-date and specific information regarding the status of the [property at issue]."

The Receiver's motion for leave to file an amicus brief should be granted.

[1] While the Court denied the Receiver's requests to be named an appellee, party in interest, or intervenor in this appeal, the Court granted the Receiver's request to file a motion to dismiss as an amicus brief.

Respectfully submitted,

DOMINICK V. FREDA
*Assistant General Counsel*

/s/ Ezekiel L. Hill
EZEKIEL L. HILL
*Appellate Counsel*

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202.551.7724 (Hill)
hillez@sec.gov

April 12, 2023

**CERTIFICATE OF SERVICE AND FILING**

I certify that on April 12, 2023, I electronically filed the foregoing response with the Clerk of the Court for the U.S. Court of Appeals for the Fifth Circuit through the Court's CM/ECF system. Service on counsel of record will be accomplished through the Court's CM/ECF system.

I further certify that this electronic filing is an exact copy of the paper document, that any privacy redactions have been made, and that this electronic filing was scanned for, and found to be free of, viruses.

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

Dated: April 12, 2023

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 179 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that the foregoing response complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced, Roman-style, 14-point typeface.

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

Dated: April 12, 2023