# United States Court of Appeals for the Fifth Circuit

No. 22-11226

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

ORDER:

IT IS ORDERED that the opposed motion filed by Cortney C. Thomas for leave to file a second *amicus curiae* brief is DENIED.

Kurt D. Engelhardt
*United States Circuit Judge*