# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 04, 2023

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

No. 22-11226 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Edney,

We have filed your Petition for Rehearing. However, it has the following deficiency. Unless the deficiency is corrected within 10 days from this date, we will forward the document to the court to be stricken.

Petition for Rehearing En Banc must not be incorporated in the Petition for Panel Rehearing, see 5TH CIR. R. 35.2.

Therefore, you must take one of the following actions:

1. Send letter advising to disregard your request for Petition for Rehearing En Banc, or
2. If it is your intention to file a Petition for Rehearing En Banc, you will need to comply with 5TH CIR. R. 35.2.

Once you have prepared your sufficient rehearing, you must email it to: **renee_mcdonough@ca5.uscourts.gov** for review. If the rehearing is in compliance, you will receive a notice of docket activity advising you that the sufficient rehearing has been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________________
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Ezekiel Levenson Hill
Mr. Edwin A. Huffman
Ms. Charlene Cantrell Koonce
Mr. Richard Bratton Roper III