# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 14, 2023

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

No. 22-11226 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Edney,

We received your panel rehearing. In light this being a duplicate filing of the docket entry on August 3, 2023, we are taking no action on this filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Ezekiel Levenson Hill
Mr. Edwin A. Huffman
Ms. Charlene Cantrell Koonce
Mr. Richard Bratton Roper III