# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 14, 2023

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

No. 22-11226 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Edney,

We received your rehearing en banc filed on August 13, 2023. In light of the document being filed on our docket out of time, we are taking no action on this filing.

Sincerely,

LYLE W. CAYCE, Clerk

Renee McDonough

By: _______________________
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Ezekiel Levenson Hill
Mr. Edwin A. Huffman
Ms. Charlene Cantrell Koonce
Mr. Richard Bratton Roper III